## CRIBB v. THE STATE.

HILL, J. No error of law in any ruling of the court pending the trial being complained of, and the evidence being ample to support the verdict, the court did not abuse his discretion in refusing a new trial.

*Judgment affirmed. All the Justices concur.*
MAY 14, 1914.

Indictment for murder. Before Judge Cox. Turner superior court. February 28, 1914.

*A. S. Bussey, W. T. Williams, E. A. Rogers,* and *R. L. Tipton,* for plaintiff in error.

*T. S. Felder, attorney-general, R. C. Bell, solicitor-general, Little, Powell, Hooper & Goldstein, T. J. Hill, J. A. Comer, J. H. Pate, Z. Bass,* and *J. B. Hutcheson,* contra.